

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| HOWARD RODRIGUEZ, JR., | § | No. 08-14-00284-CR |
| | § | |
| Appellant, | § | Appeal from the |
| | § | |
| V. | § | 143rd District Court |
| | § | |
| | § | of Reeves County, Texas |
| THE STATE OF TEXAS, | § | (TC# 13-02-07753-CRR) |
| | § | |
| Appellee. | § | |
| | § | |

## **J U D G M E N T**

The Court has considered this cause on the record and concludes there was no error in the suppression order. We therefore affirm the judgment of the court below. This decision shall be certified below for observance.

IT IS SO ORDERED THIS 25TH DAY OF SEPTEMBER, 2015.

YVONNE T. RODRIGUEZ, Justice

Before McClure, C.J., Rodriguez, and Hughes, JJ.